

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 10, 2021

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

So Ordered.

5/10/21

Re: *United States v. Rashaad Harcum*, **21 Mag. 4391**

Dear Judge Davison:

    The complaint in the above-referenced case was originally filed under seal. On May 10, 2021, the defendant was arrested. As a result, the Government respectfully requests that the Court unseal the complaint.

                                  Respectfully submitted,

                                    AUDREY STRAUSS
                                  United States Attorney

                  By:    /s/ Derek Wikstrom
                          Derek Wikstrom
                          Assistant United States Attorney
                          Tel: (914) 993-1946

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE