/UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Rashaad Harcum

          Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

21-mj-04391

Defendant Rashaad Harcum hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

/S/Joseph A. Vita

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
Rashad Harcum

_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Joseph A. Vita

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/10/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge