**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

VIA ECF

Hon. Judith C. McCarthy
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Rashaad Harcum; 21 Mag. 4391

Dear Judge McCarthy:

I represent Mr. Harcum as CJA counsel.  He is charged by complaint with a violation of 21 USC 841(a)(1) and 924(c)(2).  On May 10, 2021, Mr. Harcum was ordered released on a bond which restricted his travel to the SDNY, EDNY and District of New jersey for Court appearances only.  On July 28, 2021, your Honor issued a 3rd Order of Continuance adjourning the matter until August 25, 2021. Mr. Harcum has been in full compliance with his release conditions.

With no objection from either the Government by AUSA T. Josiah Pertz or Pretrial Services by Officer Andrew Abbott, Mr. Harcum is requesting permission to travel out of district for business purposes. He is requesting that his conditions of release be modified to permit him to travel to Florida; to leave from New York on 8-13-21 and return 8-19-21.  Mr. Harcum is a commercial rap artist performing under the name "Sha Hef."  He is scheduled to perform on 8-14-21 at 2020 NW Miami Ct-101, Miami, FL 33127 and participate in a "meet and greet" on 8-16-21. The Promotor/Sponsor is a clothing line company called "Damned."  The promotor will be paying a fee for the performance and meet and greet and covering flight arrangements. Mr. Harcum will be staying at his parents' home at 201 Preserve Court, West Palm Florida during his stay.  He will review all matters and keep in touch with his pretrial service officer throughout the period of his travel.   I will be happy to provide any additional information or documentation that the Court may require in connection with this request for travel authorization.  Thank you for considering this request.

Respectfully submitted,
/S/ Joseph A. Vita

Joseph A. Vita

Cc:   AUSA T. Josiah Pertz
        Pretrial Service Officer Andrew Abbott

**APPLICATION GRANTED.**  The Clerk of the Court is respectfully requested to terminate the motion at ECF No. 16.

Dated: August 2, 2021

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge