USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/21

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joey63542@aol.com

VIA ECF

Hon. Paul E. Davison
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Rashaad Harcum; 21 Mag. 4391

Dear Judge Davison:

I represent Mr. Harcum as CJA counsel. He is charged by complaint with a violation of 21 USC 841(a)(1) and 924(c)(2). On May 10, 2021, Mr. Harcum was ordered released on a bond which restricted his travel to the SDNY, EDNY and District of New Jersey for Court appearances only. On November 16, 2021, your Honor issued a 7th Order of Continuance. Mr. Harcum has been in full compliance with his release conditions.

With no objection from either the Government by AUSA Derek Wikstrom or his Pretrial Service Officer Andrew Abbott, Mr. Harcum is requesting permission to travel out of district for business purposes. He is requesting that his conditions of release be modified to permit him to travel to Atlanta, Georgia; to leave from New York on 12/14/21 and return 12/18/21. Mr. Harcum is a commercial rap artist performing under the name "Sha Hef." He is scheduled to perform on 12/15/21 at the venue Ailse 5 in Atlanta, Georgia. He will review all matters and keep in touch with his pretrial service officer throughout the period of his travel. I will be happy to provide any additional information or documentation that the Court may require in connection with this request for travel authorization. Thank you for considering this request.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

Cc: AUSA Derek Wikstrom
    Pretrial Service Officer Andrew Abbott

APPLICATION GRANTED

Hon. Paul E. Davison U.S.M.J.
12/6/21